**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

C.V-R.,

Petitioner,

v.

Warden, STEWART DETENTION CENTER, *et al.*,

Respondents.

Case No. 4:26-cv-1358-CDL-AGH
28 U.S.C. § 2241

## ORDER

The Court received Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 on October 30, 2026 (ECF No. 1), and on November 2, 2026, the Court ordered Respondents to file a return under 28 U.S.C. § 2243 within seven days (ECF No. 3). Having reviewed Respondents' return (ECF No. 6), the Court finds good cause to extend the time for a response. 28 U.S.C. § 2243. Accordingly, Respondents shall have twenty-one (21) days to file a comprehensive response to the petition. Within fourteen (14) days thereafter, Petitioner should file any desired reply. The Court will consider whether to hold an evidentiary hearing once briefing is complete.

**SO ORDERED**, this 12th day of November, 2026.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE